# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00384-CV

---

**Michael V. Wright and Phyllis F. Wright, Appellants**

**v.**

**State Farm Lloyds, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 15-1042-C368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants' brief on appeal was originally due October 30, 2020. On counsel's motions, the time for filing was extended to January 22, 2021. Counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellants' brief to February 22. We grant the motion for extension of time and order appellants to file a brief no later than February 22, 2021. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on February 3, 2021.

Before Chief Justice Byrne, Justices Baker and Smith